UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BARBARA STUART ROBINSON,

Plaintiff,

v.

QUANAJE HAMPTON,
d/b/a QH Group LLC; and WE THE
PEOPLE PS LAW OFFICE,

Defendants.

Case No. C10-5189BHS

ORDER DIRECTING SERVICE
BY UNITED STATES MARSHAL
AND PROCEDURES

On March 22, 2010, the Court granted Plaintiff leave to proceed *in forma pauperis*. Dkt. 2. On March 25, 2010, Plaintiff filed a request for the United States Marshal to serve Defendant. Dkt. 4. On March 29, 2010, the Court granted that request. Dkt. 5. On March 30, 2010, Plaintiff filed a motion to amend her complaint. Dkt. 6. On April 21, 2010, the Court granted Plaintiff's motion to amend and ordered that her amended complaint be filed. Dkt. 12. Within Plaintiff's motion to amend, she requested that the United States Marshal serve the added party, Defendant We the People PS Law Office. Dkt. 6. The Court grants Plaintiff's request.

Pursuant to Fed. R. Civ. P. 4(c)(3), the Clerk is directed to effect service as provided below:

(1)   <u>Service by United States Marshal</u>.

It is hereby ORDERED that the United States Marshal shall send the following to the newly added Defendant We The People PS Law Office by first class mail: a copy of the

ORDER – 1

amended complaint (Dkt.13) and of this order, a copy of the Summons in a Civil Case, two copies of the Notice of Lawsuit and Request for Waiver of Service of Summons, a Waiver of Service of Summons, and a return envelope, postage prepaid, addressed to the Clerk's Office.  All costs of service shall be advanced by the United States.  The Clerk shall assemble the necessary documents to effect service.

(2)     Response Required

Defendant shall have **thirty (30) days** within which to return the enclosed Waiver of Service of Summons.  A defendant who timely returns the signed Waiver shall have **sixty (60) days** after the date designated on the Notice of Lawsuit to file and serve an answer or a motion directed to the complaint, as permitted by Rule 12 of the Federal Rules of Civil Procedure.

A defendant who fails to timely return the signed Waiver will be personally served with a summons and complaint, and may be required to pay the full costs of such service, pursuant to Rule 4(d)(2).  A defendant who has been personally served shall file an answer or motion permitted under Rule 12 within **thirty (30) days** after service.

DATED this 11th day of May, 2010.

BENJAMIN H. SETTLE
United States District Judge

ORDER – 2